PHILLIP RINEHART
ATTORNEY AT LAW
3280 w. HACIENDA AVENUE, SUITE 211
LAS VEGAS, NV 89118

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EQUALIA, LLC, a California limited liability company; and HOVERBOARD TECHNOLOGIES CORPORATION, a California corporation;<br><br>Plaintiffs,<br>v.<br><br>KUSHGO, LLC D/B/A HALO BOARD, a California limited liability company; HALO BOARD LLC, an Oregon limited liability company; ARTHUR ANDREASYAN, an individual; and SHENZHEN WINDGOO INTELLIGENT TECHNOLOGY CO. LTD, a foreign company;<br><br>Defendants. | Case No: 2:16-CV-2851-RFB-CWH<br><br>**ORDER GRANTING [38] MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD** |

For good cause showing, IT IS ORDERED that Defendant Kushgo, LLC is granted an extension of time, through Thursday, January 19, 2017, in which to answer or otherwise respond to the Complaint jointly with other co-represented defendants.

DATED this 6th day of January, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge