STEPHEN J. ERIGERO (SBN 11562)
TIMOTHY J. LEPORE (SBN 13908)
LAEL D. ANDARA (California SBN 215416)
MARIE E. SOBIESKI (California SBN 278008)
ROPERS, MAJESKI, KOHN & BENTLEY
3753 Howard Hughes Pkwy., Suite 200
Las Vegas, NV 89169
Telephone:    (702) 954-8300
Facsimile:    (650) 780-1701
Email:        stephen.erigero@rmkb.com
              timothy.lepore@rmkb.com
              lael.andara@rmkb.com
              marie.sobieski@rmkb.com

Attorneys for Plaintiffs
EQUALIA, LLC and HOVERBOARD
TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EQUALIA, LLC, a California limited liability company, and HOVERBOARD TECHNOLOGIES CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KUSHGO LLC dba HALO BOARD, a California limited liability company; HALO BOARD LLC, an Oregon limited liability company; ARTHUR ANDREASYAN, an individual; and SHENZHEN WINDGOO INTELLIGENT TECHNOLOGY CO. LTD., a foreign company,<br><br>Defendants. | CASE NO. 2:16-cv-02851-RFB-CWH<br><br>**[PROPOSED] ORDER FOR STIPULATED PERMANENT INJUNCTION** |

1  WHEREAS, on December 9, 2016, Plaintiffs Equalia LLC and Hoverboard Technologies Corporation (collectively, "Equalia"), filed a civil action seeking relief for patent infringement under 35 U.S.C. §271, and unfair and deceptive trade practices under 15 U.S.C. §45, entitled *Equalia LL,C et al. v. Kushgo LLC, et al.*, in the United States District Court, District of Nevada, Case No. 2:16-cv-2851-RFB (the "Nevada Litigation") against Defendants Kushgo LLC, Halo Board LLC, and Arthur Andreasyan (collectively, "Defendants");

WHEREAS, on February 19, 2017, Defendants filed an appeal with the United States Court of Appeals for the Federal Circuit, entitled *Equalia LL,C et al. v. Kushgo LLC, et al.*, Case No. 17-1658 (the "Appellate Litigation");

WHEREAS, Equalia and Defendants (collectively, "Parties") have reached an agreement ("Settlement Offer") to resolve the Nevada Action and the Appellate Litigation, and now wish to stipulate to the entry of a Permanent Injunction;

NOW, THEREFORE, the Parties, by and through their counsel, hereby STIPULATE to the entry of the following Permanent Injunction and request an Order for an injunction pursuant to 35 U.S.C. §283 and Fed. R. Civ. P. 65, that Defendants Kushgo, LLC, Halo Board, LLC, and Arthur Andreasyan, as well as their officers, agents, servants, employees, attorneys, and any other persons in active concert or participation with them are PERMANENTLY ENJOINED from marketing, displaying, making, using, offering to sell, or selling within the United States, or importing into the United States, the accused "Halo Board" product(s) and all other products any substantially similar version thereof, online within the United States or in any physical location within the United States.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

This permanent injunction is understood to be consistent with the Court's order of January 20, 2017 as entered in Case No. 16-CV-02851. Docket 50.

**IT IS SO STIPULATED**.

Dated: March 15, 2017                     ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Lael D. Andara*
   LAEL D. ANDARA
   MARIE E. SOBIESKI
   TIM J. LEPORE
   Attorneys for Plaintiff
   EQUALIA, LLC and HOVERBOARD
   TECHNOLOGIES CORPORATION

Dated: March 15, 2017

By: */s/ Steven Rinehart*
   STEVEN RINEHART
   Attorney for Defendants
   KUSHGO, LLC, HALO BOARD, LLC, and
   ARTHUR ANDREASYAN

Based on the above stipulation, and for good cause shown,

**IT IS SO ORDERED**.

Dated: March 15, 2017

By: _____
   RICHARD F. BOULWARE, II
   United States District Judge
   DATED this 22nd day of March, 2017.

**CERTIFICATE OF SERVICE**

In accordance with Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that on the 13th day of March 2017, a copy of **[PROPOSED] ORDER FOR STIPULATED PERMANENT INJUNCTION**, was served on all CM/ECF registered parties by filing and serving the same using the CM/ECF filing system.

/s/ *Lael D. Andara*

Lael D. Andara
An employee of Ropers Majeski Kohn
& Bentley, P.C.